```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 03896
   JEFFREY L COX
   LEANA S COX                               CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-0938    SSN XXX-XX-7166

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 04/08/2006 and was confirmed 07/17/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors   14.00%.

      The case was converted to chapter 7 after confirmation 06/29/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------
QUANTUM SERVICING CORP    CURRENT MORTG         .00             .00             .00
QUANTUM SERVICING CORP    MORTGAGE ARRE     6940.00             .00         6940.00
ILLINOIS DEPT OF REVENUE  PRIORITY           918.00             .00          776.02
ALARM DETECTION SYSTEMS   UNSECURED        NOT FILED            .00             .00
AUTOMATED CLEANING SYSTE  UNSECURED        NOT FILED            .00             .00
BENEFICIAL                UNSECURED        NOT FILED            .00             .00
BOOKSPAN/DOUBLEDAY BOOKC  UNSECURED        NOT FILED            .00             .00
LVNV FUNDING LLC          UNSECURED         2325.79             .00             .00
COMMONWEALTH EDISON       UNSECURED        NOT FILED            .00             .00
CROWN RECYCLING & WASTE   UNSECURED        NOT FILED            .00             .00
DISCOVER FINANCIAL SERVI  UNSECURED         5149.90             .00             .00
DONG HO HAN               UNSECURED        NOT FILED            .00             .00
ICE COLD PRODUCTS         UNSECURED        NOT FILED            .00             .00
KALUZNY BROS INC          UNSECURED        NOT FILED            .00             .00
MCS                       UNSECURED        NOT FILED            .00             .00
NICOR                     UNSECURED        NOT FILED            .00             .00
NICOR                     UNSECURED          743.24             .00             .00
NORTHERN LEASING SYSTEM   UNSECURED          316.00             .00             .00
PEOPLES GAS LIGHT & COKE  UNSECURED        NOT FILED            .00             .00
RESTAURANT DEPOT #42      UNSECURED        NOT FILED            .00             .00
AT & T BANKRUPCTY         UNSECURED        NOT FILED            .00             .00
US BANK                   UNSECURED        NOT FILED            .00             .00
VERIZON WIRELESS          UNSECURED        NOT FILED            .00             .00
VILLAGE OF BROADVIEW      UNSECURED        NOT FILED            .00             .00
B-LINE LLC                UNSECURED          316.47             .00             .00
ILLINOIS DEPT OF REVENUE  SECURED NOT I     1559.57             .00             .00
ILLINOIS DEPT OF REVENUE  UNSECURED           44.00             .00             .00
HELTON & ASSOC            DEBTOR ATTY          .00                              .00
TOM VAUGHN                TRUSTEE                                            368.98
DEBTOR REFUND             REFUND                                                .00

      Summary of Receipts and Disbursements:

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 03896 JEFFREY L COX & LEANA S COX
```

```
------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                 8,085.00

PRIORITY                                          776.02
SECURED                                         6,940.00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                              368.98
DEBTOR REFUND                                        .00
                        ---------------    ---------------
TOTALS                  8,085.00                8,085.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 09/26/07               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                        PAGE   2
        CASE NO. 06 B 03896 JEFFREY L COX & LEANA S COX